# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL FIELDS,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:17-cv-01725-JAD-NJK<br><br>**Order**<br><br>[Docket No. 22] |

Pending before the Court is Plaintiff's motion to extend various discovery deadlines. Docket No. 22. A response shall be filed no later than March 26, 2019.

IT IS SO ORDERED.

Dated: March 20, 2019

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1