# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MITCHELL FIELDS,

    Plaintiff(s),

v.

BRIAN WILLIAMS, et al.,

    Defendant(s).

Case No.: 2:17-cv-01725-JAD-NJK

**Order**

[Docket No. 30]

Pending before the Court is Defendants' motion to extend time to file dispositive motions. Docket No. 30.

Defendants submit that the Court granted Plaintiff's motion to extend discovery, extending the discovery deadlines to May 13, 2019. *Id.* at 2. Defendants ask the Court to extend the dispositive motion deadline to 30 days after the new discovery cut-off in order to give all parties time to prepare dispositive motions. *Id.*

For good cause shown, Defendants' motion, Docket No. 30, is **GRANTED**. Any dispositive motions shall be filed no later than June 12, 2019.

IT IS SO ORDERED.

Dated: April 30, 2019

                                                         Nancy J. Koppe
                                                         United States Magistrate Judge