1  AARON D. FORD
     Attorney General
2  HENRY H. KIM (Bar No. 14390)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3095 (phone)
   (702) 486-3773 (fax)
6  Email: hkim@ag.nv.gov

7  *Attorneys for Defendants James Dzurenda,
   Jennifer Nash, Dwight Neven, Anthony Ritz,*
8  *and Brian Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| Mitchell Fields, | Case No. 2:17-cv-01725-JAD-NJK |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| James Dzurenda, *et al.*, | |
| Defendants. | **[ECF No. 46]** |

It is hereby stipulated and agreed by and between Plaintiff, Mitchell Fields, and Defendants, James Dzurenda, Jennifer Nash, Dwight Neven, Anthony Ritz, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Henry H. Kim, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, that

. . .

. . .

. . .

the current deadline of June 26, 2019 for Plaintiff to file a response to Defendants' Motion for Summary Judgment (ECF No. 41) be extended for forty five (45) days to August 12, 2019. Because Plaintiff was unable to sign and return this Stipulation and Order in time, parties respectfully request that this Court treat this stipulation as a joint motion pursuant to LR 7-1(c).

AARON D. FORD
Attorney General

_____
Mitchell Fields, Plaintiff
In Pro Per

By: /s/ Henry H. Kim_____
Henry H. Kim (Bar No. 14390)
Deputy Attorney General

Dated: _____

Dated: 6/26/2019_____

IT IS SO ORDERED:

_____
U.S. District Judge Jennifer A. Dorsey

DATED: June 27, 2019