# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MITCHELL FIELDS,

          Plaintiffs,

v.

DWIGHT NEVEN, et al.,

          Defendants.

2:17-cv-1725-MMD-CLB

**ORDER**

On January 5, 2021, appointed counsel, Adam Hosmer-Henner, Esq., Chelsea Latino, Esq., and Philip Mannelly, Esq. of McDonald Carano LLP, filed a motion to withdraw as counsel (ECF No. 71). No opposition was filed. Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion.

Therefore, the motion to withdraw (ECF No. 71) is **GRANTED**. Plaintiff shall continue to be represented by Margaret McLetchie, Esq. and Alina Shell, Esq. of McLetchie Law.

**DATED:** January 21, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

1