1  MARGARET A. MCLETCHIE, Nevada Bar No. 10931
   **MCLETCHIE LAW**
2  602 South Tenth Street
3  Las Vegas, Nevada 89101
   Telephone: (702) 728-5300
4  Facsimile: (702) 425-8220
   Email: maggie@nvlitigation.com
5  *Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL FIELDS, | Case No.: 2:17-cv-01725-MMD-CLB |
| Plaintiff, | **PLAINTIFF'S MOTION TO REMOVE ATTORNEY FOR SERVICE LIST** |
| vs. | |
| DWIGHT NEVEN, et al., | |
| Defendants. | |

Plaintiff MITCHELL FIELDS, by and through his attorney of record, Margaret A. McLetchie, of the law firm McLetchie Law, hereby requests that Alina M. Shell be removed from the list of counsel to be notified. Ms. Shell is no longer with the law firm McLetchie Law.

DATED this 22nd day of September, 2021.

/s/ Margaret A. McLetchie
MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Fax (702) 425-8220
E Email: maggie@nvlitigation.com
*Counsel for Plaintiff*

IT IS SO ORDERED.
Dated: September 22, 2021

_____
UNITED STATES MAGISTRATE JUDGE

1