MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
Email: alina@nvlitigation.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MITCHELL FIELDS,

           Plaintiff,

vs.

DWIGHT NEVEN, et al.,

           Defendants.

**Case No.: 2:17-cv-01725-MMD-CLB**

**JOINT STATUS REPORT**

      The Parties to this action, by and through their respective counsel, hereby submit this Joint Status Report.

      The Parties have reached a settlement and are in the process of executing the written agreement memorializing that agreement.

      The Parties anticipate submitting a proposed Stipulation and Order for Dismissal within 30 days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

IT IS SO STIPULATED.

DATED this 18th day of April, 2022.          DATED this 18th day of April, 2022.

**MCLETCHIE LAW**                             **ATTORNEY GENERAL'S OFFICE**

*/s/Margaret A. McLetchie*                    */s/ Douglas R. Rands*
Margaret A. McLetchie, Bar No. 10931         Aaron D. Ford, Attorney General
**MCLETCHIE LAW**                             Douglas R. Rands, Bar No. 3572
602 South Tenth Street                        State of Nevada, Public Safety Division
Las Vegas, Nevada 89101                       100 N. Carson Street
Telephone: (702) 728-5300                     Carson City, Nevada 89701-4717
                                              Tel: (775) 684-1150
Facsimile: (702) 425-8220                     E-mail: drands@ag.nv.gov
Email: maggie@nvlitigation.com               *Attorneys for Defendants, Romeo Aranas,*
Email: alina@nvlitigation.com                *James Dzurenda, Jennifer Nash, Dwight*
*Counsel for Plaintiff, Mitchell Fields*     *Neven, Anthony Ritz and Brian Williams*

### <u>ORDER</u>

IT IS SO ORDERED.

The parties shall file a stipulation
for dismissal on or before May
18, 2022.

_____
U.S. ~~DISTRICT COURT~~ MAGISTRATE JUDGE

DATED: _____ April 26, 2022 _____