1  MARGARET A. MCLETCHIE, Nevada Bar No. 10931
   **MCLETCHIE LAW**
2  602 South Tenth Street
   Las Vegas, Nevada 89101
3  Telephone: (702) 728-5300; Facsimile: (702) 425-8220
4  Email: maggie@nvlitigation.com
   Email: alina@nvlitigation.com
5  *Counsel for Plaintiff*

6
                    **UNITED STATES DISTRICT COURT**
7                      **DISTRICT OF NEVADA**

8  MITCHELL FIELDS,                          **Case No.: 2:17-cv-01725-MMD-CLB**
9                    Plaintiff,
   vs.                                       **STIPULATION AND ORDER FOR**
10                                           **DISMISSAL WITH PREJUDICE**
   DWIGHT NEVEN, et al.,
11                   Defendants.

12         Plaintiff MITCHELL FIELDS and Defendants ROMEO ARANAS, JAMES

13  DZURENDA, JENNIFER NASH, DWIGHT NEVEN, ANTHONY RITZ and BRIAN

14  WILLIAMS ("NDOC Defendants"), by their respective counsel, that the parties agree as

15  follows:

16         1.      Any and all claims with respect to the above-captioned matter are hereby

17  dismissed with prejudice as to Plaintiff Michell fields; and

18         2.      Each party will bear their own attorney fees and costs.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

1    IT IS SO STIPULATED.

2    DATED this 3rd day of May, 2022.          DATED this 3rd day of May, 2022.

3

4    **MCLETCHIE LAW**                         **ATTORNEY GENERAL'S OFFICE**

5    /s/ Margaret A. McLetchie                 /s/ Douglas R. Rands
     Margaret A. McLetchie, Bar No. 10931      Aaron D. Ford, Attorney General
6    **MCLETCHIE LAW**                         Douglas R. Rands, Bar No. 3572
     602 South Tenth Street                    State of Nevada, Public Safety Division
7    Las Vegas, Nevada 89101                   100 N. Carson Street
     Telephone: (702) 728-5300                 Carson City, Nevada 89701-4717
8    Facsimile: (702) 425-8220                 Tel: (775) 684-1150
     Email: maggie@nvlitigation.com            E-mail: drands@ag.nv.gov
9    Email: alina@nvlitigation.com             *Attorneys for Defendants, Romeo Aranas,*
     *Counsel for Plaintiff, Mitchell Fields*  *James Dzurenda, Jennifer Nash, Dwight*
10                                             *Neven, Anthony Ritz and Brian Williams*

11

12

13                                            **ORDER**

14                                            IT IS SO ORDERED.

15

16

17                                            _____
                                              U.S. DISTRICT JUDGE
18
                                              DATED:  May 3, 2022
19

20

21

22

23

24

25

26

27

28